UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEXT Payment Solutions, Inc., ) | |
| ) | |
| Plaintiff, ) | Case No. 17 CV 8829 |
| ) | |
| vs. ) | Honorable Ruben Castillo |
| ) | U.S. Magistrate Judge Young Kim, |
| CLEAResult Consulting, Inc., ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |

TO: Timothy Ray
Tammy Tabush
Holland & Knight LLP
131 South Dearborn St., 30th Floor
Chicago, IL 60603
Timothy.ray@hklaw.com
Tammy.tabush@hklaw.com
312-263-3600

## NOTICE OF FILING

PLEASE TAKE NOTICE that on Tuesday September 18, 2018, pursuant to Court Order Dkt. 151, the undersigned attorney filed with the Clerk of the U.S. District Court, for the Northern District of Illinois, the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL 60604, a redacted version of Plaintiff's Second Amended Complaint, a true and correct copy of which is hereby served upon you by ECF.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing Notice of Filing and Plaintiff's Second Amended Complaint were served on September 18, 2018 in accordance with Fed.R.Civ. P. 15, L.R.5.5 and the General Order on Electronic Case Filings (ECF) pursuant to the district court's system as to ECF filers upon Opposing Counsel of Record.

By: /s/ Theresa Starck
Theresa Starck
BRINKS GILSON & LIONE
455 N. Cityfront Plaza Dr., #3600
Chicago, IL 60611
Tel: 312-321-4200
TStarck@brinksgilson.com