UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NEXT Payment Solutions, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 17 CV 8829 |
| | ) | |
| vs. | ) | Honorable Ruben Castillo, |
| | ) | U.S. Magistrate Judge Young Kim, |
| CLEAResult Consulting, Inc., | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

TO:  Anthony Fuga                Shannon Armstrong
     Tammy Tabush                Matt Donohue
     Holland & Knight LLP        Holland & Knight LLP
     131 South Dearborn St., 30th Floor   2300 U.S. Bancorp Tower
     Chicago, IL  60603          111 S.W. Fifth Ave.
     Timothy.ray@hklaw.com       Portland OR  97204
     Tammy.tabush@hklaw.com      matt.donohue@hklaw.com
     312-263-3600                shannon.armstrong@hklaw.com

## NOTICE OF FILING

PLEASE TAKE NOTICE that on Thursday, December 20, 2018 the undersigned attorney filed with the Clerk of the Court for the U.S. district court Northern District of Illinois Eastern Division, 219 South Dearborn Street, Chicago, IL 60604, Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment, Response to Defendant's Rule 56.1 Statement of Undisputed Fact, Rule 56.1 (b)(3)(C) Statements of Additional Fact and Exhibits A, B, D, E, F, G, G(22), G(27), G(32), G(33), G(34), G(36), G(40), G(42), G(43), G(44), G(47), G(48), G(49), G(50), G(52), G(54), G(55), G(56), G(59), G(60), G(61-a), G(61-b), G(61-c), G(63-b), G(63-c), G(63-d), G(64-a), G(64-b), G(65-a), G(65-b), G(65-c), G(65-d), G(65-e), G(66), G(67), G(68), G(69), G(70), G(71-c), G(71-d), G(73), G(74), H, H(2), H(3), H(4), H(5), J, L, O, P, Q, R, S, S(1), S(2), T(1), T(2) Under Seal, true and correct copies of which are served upon you.

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that this instrument was served on Thursday, December 20, 2018, in accordance with Fed.R.Civ. P. 15, L.R.5.5 and the General Order on Electronic Case Filings (ECF) pursuant to the district court's system as to ECF filers upon Opposing Counsel of Record.

By: /s/ Susan Bogart

Law Offices of Susan Bogart
111 W. Jackson Blvd., Ste. 1700

Chicago IL  60604
(312) 214-3271
Sbogart514@aol.com