# EXHIBIT G-(65-c)

# EXHIBIT G-(65-c)
# Part 1

Program-Change-Issue-Tracking_04122017 updated 5217.xlsx

# NEXT - CE Recycling

| REQUEST # | REQ FILTER | DATE INTERNAL REQ | DATE EXTERNAL REQ |
|---|---|---|---|
| REQ-1 | 1 | 1/11/2017 | 1/11/2017 |
| REQ-2 | 2 | 1/12/2017 | 1/12/2017 |
| REQ-3 | 3 | 1/13/2017 | 1/13/2017 |
| REQ-4 | 4 | 1/18/2017 | 1/18/2017 |
| REQ-5 | 5 | 1/18/2017 | 1/18/2017 |
| REQ-6 | 6 | 1/18/2017 | 1/18/2017 |
| REQ-7 | 7 | 1/18/2017 | 1/18/2017 |
| REQ-8 | 8 | 1/24/2017 | 1/24/2017 |
| REQ-9 | 9 | 1/25/2017 | 1/25/2017 |
| REQ-10 | 10 | 1/30/2017 | 1/30/2017 |
| REQ-11 | 11 | 1/31/2017 | 1/31/2017 |
| REQ-12 | 12 | 1/31/2017 | 1/31/2017 |
| REQ-13 | 13 | 2/2/2017 | 2/2/2017 |
| REQ-14 | 14 | 2/2/2017 | 2/2/2017 |
| REQ-15 | 15 | 2/3/2017 | 2/3/2017 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



EXHIBIT
G-15 (c)

Case: 1:17-cv-08829 Document #: 245-15 Filed: 12/20/18 Page 4 of 59 PageID #:7362

| REQ-16 | 16 2/6/2017 | 2/6/2017 |
| REQ-17 | 17 2/6/2017 | 2/6/2017 |
| REQ-18 | 18 2/10/2017 | 2/10/2017 |
| REQ-19 | 19 2/13/2017 | 2/13/2017 |
| REQ-20 | 20 2/14/2017 | 2/14/2017 |
| REQ-21 | 21 2/14/2017 | 2/14/2017 |
| REQ-22 | 22 2/14/2017 | 2/14/2017 |
| REQ-23 | 23 2/14/2017 | 2/14/2017 |
| REQ-24 | 24 2/14/2017 | 2/14/2017 |
| REQ-25 | 25 2/14/2017 | 2/14/2017 |
| REQ-26 | 26 2/15/2017 | 2/15/2017 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Program-Change-Issue-Tracking_04122017-updated-5247.xlsx

| | | |
|---|---|---|
| REQ-27 | 27 2/16/2017 | 2/17/2017 |
| REQ-28 | 28 2/16/2017 | 2/17/2017 |
| REQ-29 | 29 2/16/2017 | 2/17/2017 |
| REQ-30 | 30 2/22/2017 | 2/22/2017 |
| REQ-31 | 31 2/22/2017 | 2/22/2017 |
| REQ-32 | 32 2/22/2017 | 2/22/2017 |
| REQ-33 | 33 2/22/2017 | 2/22/2017 |
| REQ-34 | 34 2/20/2017 | 2/27/2017 |
| REQ-35 | 35 2/24/2017 | 2/27/2017 |
| REQ-36 | 36 2/24/2017 | 2/27/2017 |
| REQ-37 | 37 2/27/2017 | 2/27/2017 |
| REQ-38 | 38 2/27/2017 | 2/27/2017 |
| REQ-39 | 39 2/27/2017 | 2/27/2017 |
| REQ-41 | 41 2/27/2017 | 2/27/2017 |
| REQ-42 | 42 2/27/2017 | 2/27/2017 |
| REQ-43 | 43 2/27/2017 | 2/27/2017 |
| REQ-44 | 44 2/27/2017 | 2/27/2017 |
| REQ-45 | 45 2/27/2017 | 2/27/2017 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| REQ-46 | 46 2/27/2017 | 2/27/2017 |
| REQ-47 | 47 2/27/2017 | 2/27/2017 |
| REQ-48 | 48 2/27/2017 | 2/27/2017 |
| REQ-49 | 49 2/27/2017 | 2/27/2017 |
| REQ-50 | 50 2/27/2017 | 2/27/2017 |
| REQ-51 | 51 2/27/2017 | 2/27/2017 |
| REQ-52 | 52 2/27/2017 | 2/27/2017 |
| REQ-53 | 53 2/28/2017 | 2/28/2017 |
| REQ-54 | 54 2/28/2017 | 2/28/2017 |
| REQ-55 | 55 2/28/2017 | 2/28/2017 |
| REQ-56 | 56 2/28/2017 | 2/28/2017 |
| REQ-59 | 59 3/1/2017 | 3/2/2017 |
| REQ-60 | 60 3/1/2017 | 3/2/2017 |
| REQ-61 | 61 3/6/2017 | 3/6/2017 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

11/15/2018
Case: 1:17-cv-08829 Document #: 245-15 Filed: 12/20/18 Page 7 of 59 PageID #:7365
Program Change Request log 12/2017 updated 5217.xls

| REQ-62 | 62 3/6/2017 | 3/6/2017 |
| REQ-63 | 63 3/9/2017 | 3/9/2017 |
| REQ-64 | 64 3/9/2017 | 3/9/2017 |
| REQ-65 | 65 3/15/2017 | 3/15/2017 |
| REQ-66 | 66 3/15/2017 | 3/15/2017 |
| REQ-67 | 67 3/20/2017 | 3/25/2017 |
| REQ-68 | 68 3/28/2017 | 3/3/2017 |
| REQ-69 | 69 3/28/2017 | 3/3/2017 |
| REQ-70 | 70 3/31/2017 | 3/3/2017 |
| REQ-71 | 71 3/31/2017 | 3/3/2017 |
| REQ-72 | 72 4/12/2017 | 4/13/2017 |
| REQ-73 | 73 5/3/2017 | 5/3/2017 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Program Change Issue Tracking_9112017 updated 5217.xlsx

URGENT (1 - 10 ) LESS URGENT

| TYPE OF REQUEST | PRIORITY | URGENT | FEATURE/PAGE |
|---|---|---|---|
| Add | 1 | y | Mobile App / Data Export |
| Change | 4 | N | Mobile App |
| Add | 2 | y | Scheduling |
| Change | 5 | N | Reporting |
| Change | 5 | N | Reporting |
| Add | 10 | N | Reporting |
| Change | 10 | N | Reporting |
| Issue | 2 | y | Inventory |
| Change | 4 | y | Dispatch |
| Change | 6 | N | Product Inventory |
| Issue | 1 | y | Data Exports |
| Issue | 4 | y | Routing |
| Issue | 1 | y | Product Inventory |
| Change | 8 | N | Dashboards |
| Issue | 9 | N | Inventory |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Issue | 8 | N | Dashboards |
| Issue | 1 | Y | Mobile App |
| Issue | 5 | y | Routing |
| Issue | 7 | N | Validation |
| Issue | 1 | y | Validation |
| Issue | 1 | y | Validation |
| Add | 2 | y | Mobile App / Data Export |
| Issue | 7 | N | Mobile App |
| Issue | 9 | N | Data Exports |
| Add | 8 | N | Mobile App |
| Issue | 1 | Y | Admin |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Change | 6 | n | Routing |
|--------|---|---|---------|
| Issue | 1 | y | Routing |
| Issue | 5 | n | Scheduling |
| Issue | 5 | N | All modules |
| Issue | 5 | N | All modules |
| Issue | 4 | y | Mobile App |
| Issue | 6 | N | Mobile App |
| Add | 4 | Y | Mobile App / Data Export |
| Issue | 4 | Y | Mobile App |
| Change | 5 | N | Data Exports |
| Change | 1 | Y | Scheduling |
| Change | 1 | Y | Scheduling |
| Change | 1 | Y | Scheduling |
| Change | 1 | Y | Scheduling |
| Change | 1 | Y | Scheduling |
| Change | 1 | Y | Scheduling |
| Change | 1 | Y | Scheduling |
| Change | 1 | Y | Scheduling |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Program Change-Issue Tracking-04122017 updated 5217.xlsx

| | | | |
|---|---|---|---|
| Change | 1 | Y | Scheduling |
| Change | 1 | Y | Scheduling |
| Change | 1 | Y | Scheduling |
| Change | 1 | Y | Scheduling |
| Change | 1 | Y | Scheduling |
| Change | 1 | Y | Scheduling |
| Issue | 1 | Y | Scheduling |
| Change | 1 | Y | Scheduling |
| Add | 3 | Y | Scheduling |
| Issue | 3 | Y | Scheduling |
| Add | 5 | N | API |
| Issue | 4 | Y | Reporting |
| Issue | 3 | Y | Data Exports |
| Add | 3 | Y | Scheduling |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Program Change-Issue Tracking -04122017 updated 5217.xlsx

| Issue | 3 | Y | Scheduling |
|-------|---|---|------------|
| Issue | 4 | Y | Scheduling |
| Change | 4 | Y | Dashboard |
| Add | 1 | Y | Mobile App / Data Export |
| Issue | 1 | Y | Mobile App / Data Export |
| Add | 4 | Y | Dashboard |
| Change | 1 | Y | Scheduling |
| Change | 4 | Y | Validation |
| Delete | 4 | Y | Scheduling |
| Issue | 3 | Y | Scheduling |
| Add | | | Website |
| Change | 1 | Y | Scheduling |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Redacted Trade Secret

Redacted Trade Secret

Redacted Trade Secret

Redacted Trade Secret

Redacted Trade Secret

Redacted Trade Secret

Redacted Trade Secret

Redacted Trade Secret

# EXHIBIT G-(65-c)
# Part 2

Redacted Trade Secret

Redacted Trade Secret

Program Change/Issue Tracking 04182017 updated 5217.xlsx

| ACCEPTED BY NEXT | ESTIMATED IT TIME | DATE EXPECTED |
|---|---|---|
| Yes | | |
| Yes | | 2/23/2017 |
| Yes | | 3/2/2017 |
| Yes | | 3/3/2017 |
| Yes | | 2/23/2017 |
| Yes | | 2/22/2017 |
| Yes | | 2/22/2017 |
| Yes | | |
| Yes | | 2/27/2017 |
| yes | | |
| Yes | | 2/24/2017 |
| Yes | | 2/27/2017 |
| Yes | | 2/22/2017 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Yes

Yes                        2/17/2017
Yes

Yes

Yes                        2/27/2017

Yes                        2/27/2017

Yes                        2/27/2017
Yes                        2/27/2017

Yes                        2/17/2017

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

No

| | |
|---|---|
| Yes | 2/17/2017 |
| Yes | |
| YES | |
| Yes | 3/15/2017 |
| Yes | 3/15/2017 |
| | 3/15/2017 |
| Yes | 3/15/2017 |
| | 3/27/2017 |
| YES | |
| Yes | 2/22/2017 |
| Yes | 2/28/2017 |
| Yes | 2/28/2017 |
| Yes | 2/22/2017 |
| Yes | 2/22/2017 |
| Yes | 2/28/2017 |
| yes | |
| Yes | 2/28/2017 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

yes

Yes                                        2/28/2017

yes
Yes                                        2/28/2017

Yes                                        2/28/2017

Yes                                        2/28/2017

Yes                                        3/1/2017

Yes                                        3/2/2017
Yes                                        3/2/2017

YES

YES

Yes                                        3/15/2017

                                           4/11/2017

yes

                                           4/14/2017

yes

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Program-Change-Issue-Tracking-04132017-updated-5217.xlsx

| | |
|---|---|
| Yes | 3/6/2017 |
| Yes | 4/13/2017 |
| Yes | 3/20/2017 |
| yes | 4/6/217 |
| yes | 4/6/2017 |
| YES | |
| yes | 4/11/2017 |
| yes | 4/11/2017 |
| yes | 4/11/2017 |
| | 4/11/2017 |
| Yes | |
| Yes | 4/18/2017 |
| Yes | 5/3/2017 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Program Change Issue Tracking 04182017 updated 5247.xlsx

| STATUS | DATE COMPETED | SIGNOFF |
|---|---|---|
| Completed | 3/28/2017 | |
| Completed | 2/23/2017 | |
| Pending | | |
| Completed | 3/2/2017 | |
| Completed | 3/2/2017 | |
| Completed | 2/23/2017 | |
| Completed | 2/22/2017 | |
| Completed | 2/22/2017 | |
| Completed | 2/27/2017 | |
| Completed | 2/27/2017 | |
| Completed | 3/27/2017 | |
| Pending | | |
| Completed | 2/24/2017 | |
| Completed | 2/27/2017 | |
| Completed | 2/22/2017 | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

11/15/2018
Case: 1:17-cv-08829 Document #: 245-15 Filed: 12/20/18 Page 30 of 59 PageID #:7388
Program Change Issue Tracking 04182017 updated 5247.xlsx

| | |
|---|---|
| Completed | 4/27/2017 |
| Completed | 2/17/2017 |
| Completed | 3/20/2017 |
| Pending | |
| Completed | 2/20/2017 - Not finished |
| Pending | |
| Completed | 2/23/2017 |
| Completed | 2/27/2017 |
| Completed | 2/22/2017 |
| Completed | 2/27/2017 |
| Completed | 2/17/2017 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| Denied | 2/27/2017 |
| Pending | |
| Completed | 2/17/2017 |
| Completed | 4/25/2017 |
| Completed | |
| Completed | 3/15/2017 |
| Completed | 3/15/2017 |
| Pending | |
| Completed | 3/15/2017 |
| Completed | |
| Completed | 2/22/2017 |
| Completed | 3/2/2017 |
| Completed | 2/28/2017 |
| Completed | 2/22/2017 |
| Completed | 2/22/2017 |
| Completed Canceled | 2/28/2017 |
| Completed | 2/28/2017 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Program Change Issue Tracking 04122017 updated 5217.xlsx

Canceled

Completed          3/2/2017
 Canceled
Completed          2/28/2017

Completed          2/28/2017

Completed          2/28/2017

Completed          3/1/2017

Completed          3/2/2017
Completed          3/2/2017

Completed              3/13/2017

Completed               5/2/2017

Completed          3/15/2017

Accepted

Accepted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Program Change Issue Tracking 04132017 updated 5217.xlsx

| | |
|---|---|
| Completed | 4/3/2017 |
| In-Progress | |
| Completed | 3/20/2017 |
| Completed | 4/6/2017 |
| Completed | 4/6/2017 |
| Completed | 4/11/2017 |
| Completed | 4/11/2017 |
| Completed | 4/11/2017 |
| Completed | 4/11/2017 |
| Completed | 4/11/2017 |
| Completed | 4/24/2017 |
| Completed | 5/3/2017 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Redacted Trade Secret

Redacted Trade Secret

Redacted Trade Secret

Redacted Trade Secret

Redacted Trade Secret

| Type of Request |
| --- |
| Add |
| Change |
| Delete |
| Issue |

| Status |
| --- |
| Accepted |
| Canceled |
| Completed |
| Denied |
| In-Progress |
| Pending |

| REQUEST # |
| --- |
| REQ-11 |
| REQ-13 |
| REQ-17 |
| REQ-20 |
| REQ-21 |
| REQ-26 |
| REQ-8 |
| REQ-1 |
| REQ-22 |
| REQ-3 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Program Change Issue Tracking - 04122017 updated 5217 .xlsx

| TYPE OF REQUEST | PRIORITY |
|---|---|
| Issue | 1 |
| Issue | 1 |
| Issue | 1 |
| Issue | 1 |
| Issue | 1 |
| Issue | 1 |
| Issue | 2 |
| Add | 1 |
| Add | 2 |
| Add | 2 |

**First**
**Second**
**Pending H**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Program Change Issue Tracking_9412017 updated 5217.xlsx

## Quick Status View

|  | Data | |
|---|---|---|
| STATUS | Count - REQUEST # | Count - REQUEST # |
| Accepted | 2 | 2.86% |
| Completed | 57 | 81.43% |
| Denied | 1 | 1.43% |
| In-Progress | 1 | 1.43% |
| Pending | 6 | 8.57% |
| Canceled | 3 | 4.29% |
| **Total Result** | **70** | **100.00%** |

|  |  | Data | |
|---|---|---|---|
| STATUS | FEATURE/PAGE | Count - REQUE | Count - REQUE |
| Accepted |  | 2# |  |
|  | Data Exports | 1# |  |
|  | Scheduling | 1# |  |
| Completed |  | 53# |  |
|  | Admin | 1# |  |
|  | All modules | 2# |  |
|  | Dashboards | 2# |  |
|  | Data Exports | 3# |  |
|  | Dispatch | 1# |  |
|  | Inventory | 2# |  |
|  | Mobile App | 7# |  |
|  | Mobile App / Data Expo | 4# |  |
|  | Product Inventory | 2# |  |
|  | Reporting | 5# |  |
|  | Routing | 1# |  |
|  | Scheduling | 21# |  |
|  | Validation | 2# |  |
| Denied |  | 1# |  |
|  | Routing | 1# |  |
| In-Progress |  | 1# |  |
|  | Scheduling | 1# |  |
| Pending |  | 6# |  |
|  | Mobile App / Data Expo | 1# |  |
|  | Routing | 2# |  |
|  | Scheduling | 1# |  |
|  | Validation | 2# |  |
| Canceled |  | 3# |  |
|  | Scheduling | 3# |  |
| **Total Result** |  | **66#** |  |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Program Change Issue Tracking 04 12291 5 updated 5217.xlsx

:ST #

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# EXHIBIT G-(65-f)

**From:** Matt Peterson <mpeterson@nxtpay.com>
**Sent:** Tue, 27 Jun 2017 12:07:20 -0500
**To:** Christine Nelson <christine.nelson@clearesult.com>
**Subject:** FAST R Mobile App

Updated Driver Reason codes have been added.

Thanks,

Matt Peterson
CEO, NEXT

Intelligent Automation by Design
dir. 847-433-1019
cell 773-354-1007

www.nxtpay.com

NXT00062413
CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER


EXHIBIT
G-65-f

**EXHIBIT** G-(71-a)

NEXT backend access from Atlanta and Alpharetta, GA IPs, by day.





**EXHIBIT** G-(71-b)

IPs from Atlanta and Alpharetta, GA

| FAST Modules | Count of Module |
|---|---|
| Dispatch | 46 |
| Session | 26 |
| Dashboard | 23 |
| SEARCH | 21 |
| Lead Management | 7 |
| FT Assignment | 6 |
| QA | 2 |
| PreCall | 2 |
| Add/Edit/Delete | 1 |
| Validation | 1 |
| Assign Contractor Leads | 1 |
| Ops Dashboard | 1 |
| Grand Total | 137 |

Source: NXT00140509

EXHIBIT

tabbies

G 71(b)

**EXHIBIT G-(71-c)**

| Utility Program | USER ID | USER NAM | Session Date | Session Time | Module | IP | Location | city | postal |
|---|---|---|---|---|---|---|---|---|---|
| Consumers Energy | NULL | NULL | 8/10/2017 | 1:06:00 PM | Redacted Trade Secret | | Other US | Atlanta | 30346 |
| Consumers Energy | NULL | NULL | 8/10/2017 | 1:05:00 PM | | | Other US | Atlanta | 30346 |
| Consumers Energy | NULL | NULL | 8/10/2017 | 1:06:00 PM | | | Other US | Atlanta | 30346 |
| Consumers Energy | NULL | NULL | 8/15/2017 | 8:54:00 PM | | | Other US | Atlanta | 30350 |
| Consumers Energy | NULL | NULL | 8/15/2017 | 8:54:00 PM | | | Other US | Atlanta | 30350 |
| Consumers Energy | NULL | NULL | 8/15/2017 | 8:55:00 PM | | | Other US | Atlanta | 30350 |
| Consumers Energy | NULL | NULL | 8/15/2017 | 9:16:00 PM | | | Other US | Atlanta | 30350 |
| Consumers Energy | NULL | NULL | 8/15/2017 | 8:55:00 PM | | | Other US | Atlanta | 30350 |
| Consumers Energy | NULL | NULL | 8/29/2017 | 3:00:00 PM | | | Other US | Atlanta | 30350 |
| Consumers Energy | NULL | NULL | 8/29/2017 | 4:09:00 PM | | | Other US | Atlanta | 30350 |
| Consumers Energy | NULL | NULL | 8/29/2017 | 3:01:00 PM | | | Other US | Atlanta | 30350 |
| Consumers Energy | NULL | NULL | 8/29/2017 | 3:00:00 PM | | | Other US | Atlanta | 30350 |
| Consumers Energy | NULL | NULL | 8/29/2017 | 3:01:00 PM | | | Other US | Atlanta | 30350 |
| Consumers Energy | NULL | NULL | 8/29/2017 | 3:01:00 PM | | | Other US | Atlanta | 30350 |
| Consumers Energy | NULL | NULL | 8/29/2017 | 3:00:00 PM | | | Other US | Atlanta | 30350 |
| Consumers Energy | NULL | NULL | 8/29/2017 | 3:46:00 PM | | | Other US | Atlanta | 30350 |
| Consumers Energy | NULL | NULL | 8/29/2017 | 3:46:00 PM | | | Other US | Atlanta | 30350 |
| Consumers Energy | NULL | NULL | 9/2/2017 | 4:01:00 PM | | | Alpharetta | Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/2/2017 | 4:01:00 PM | | | Alpharetta | Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/2/2017 | 4:01:00 PM | | | Alpharetta | Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/2/2017 | 4:01:00 PM | | | Alpharetta | Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/2/2017 | 4:01:00 PM | | | Alpharetta | Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/4/2017 | 6:24:00 PM | | | Alpharetta | Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/4/2017 | 6:19:00 PM | | | Alpharetta | Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/4/2017 | 6:24:00 PM | | | Alpharetta | Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/4/2017 | 6:31:00 PM | | | Alpharetta | Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/4/2017 | 6:18:00 PM | | | Alpharetta | Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/4/2017 | 6:18:00 PM | | | Alpharetta | Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/4/2017 | 6:25:00 PM | | | Alpharetta | Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/4/2017 | 6:18:00 PM | | | Alpharetta | Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/4/2017 | 6:18:00 PM | | | Alpharetta | Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/4/2017 | 6:19:00 PM | | | Alpharetta | Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/4/2017 | 6:31:00 PM | | | Alpharetta | Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/4/2017 | 6:25:00 PM | | | Alpharetta | Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/4/2017 | 6:26:00 PM | | | Alpharetta | Alpharetta | 30004 |


EXHIBIT

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Consumers Energy | NULL | NULL | 9/4/2017 | 6:25:00 PM | Redacted Trade Secret | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/10/2017 | 7:22:00 AM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/10/2017 | 7:23:00 AM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/10/2017 | 7:22:00 AM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/10/2017 | 7:22:00 AM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/10/2017 | 7:22:00 AM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/23/2017 | 4:27:00 AM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/23/2017 | 4:27:00 AM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/23/2017 | 4:26:00 AM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/23/2017 | 4:28:00 AM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/23/2017 | 4:26:00 AM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/23/2017 | 4:27:00 AM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/23/2017 | 4:34:00 AM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/23/2017 | 4:26:00 AM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/23/2017 | 4:26:00 AM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/23/2017 | 4:34:00 AM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 9/25/2017 | 2:50:00 PM | | | Other US Atlanta | 30350 |
| Consumers Energy | NULL | NULL | 9/25/2017 | 4:57:00 PM | | | Other US Atlanta | 30350 |
| Consumers Energy | NULL | NULL | 9/25/2017 | 2:50:00 PM | | | Other US Atlanta | 30350 |
| Consumers Energy | NULL | NULL | 10/3/2017 | 5:46:00 PM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 10/3/2017 | 5:46:00 PM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 10/3/2017 | 5:46:00 PM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 10/5/2017 | 6:01:00 AM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 10/5/2017 | 6:22:00 AM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 10/5/2017 | 6:01:00 AM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 10/5/2017 | 6:01:00 AM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 10/5/2017 | 6:01:00 AM | | | Alpharetta Alpharetta | 30004 |
| Consumers Energy | NULL | NULL | 10/5/2017 | 6:02:00 AM | | | Alpharetta Alpharetta | 30004 |
| VECTREN | NULL | NULL | 7/28/2017 | 3:26:00 PM | | | Other US Atlanta | 30346 |
| VECTREN | NULL | NULL | 7/28/2017 | 3:26:00 PM | | | Other US Atlanta | 30346 |
| VECTREN | NULL | NULL | 7/28/2017 | 3:27:00 PM | | | Other US Atlanta | 30346 |
| VECTREN | NULL | NULL | 7/28/2017 | 3:28:00 PM | | | Other US Atlanta | 30346 |
| VECTREN | NULL | NULL | 7/28/2017 | 3:26:00 PM | | | Other US Atlanta | 30346 |
| VECTREN | NULL | NULL | 7/28/2017 | 3:49:00 PM | | | Other US Atlanta | 30346 |
| VECTREN | NULL | NULL | 7/28/2017 | 3:26:00 PM | | | Other US Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/14/2017 | 4:25:00 PM | | | Other US Atlanta | 30346 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VECTREN | NULL | NULL | 8/14/2017 | 4:26:00 PM | Redacted Trade Secret | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/14/2017 | 4:24:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/14/2017 | 4:24:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/14/2017 | 4:24:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 3:56:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 8:00:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 8:26:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 2:07:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 5:53:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 8:21:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 1:43:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 3:00:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 7:59:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 8:25:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 8:26:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 5:10:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 5:10:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 2:07:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 5:10:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 7:58:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 8:25:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 8:26:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 7:58:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 2:07:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/15/2017 | 7:58:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/29/2017 | 4:01:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/29/2017 | 4:07:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/29/2017 | 5:50:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/29/2017 | 7:52:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/29/2017 | 5:09:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/29/2017 | 5:07:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/29/2017 | 7:49:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/29/2017 | 7:49:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/29/2017 | 4:03:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/29/2017 | 4:06:00 PM | | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/29/2017 | 4:56:00 PM | | | Other US | Atlanta | 30346 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| VECTREN | NULL | NULL | 8/29/2017 | 4:31:00 PM | Redacted Trade Secret | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/29/2017 | 5:10:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/29/2017 | 4:04:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/29/2017 | 4:23:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/29/2017 | 7:49:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 8/29/2017 | 5:49:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 9/15/2017 | 2:21:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 9/15/2017 | 2:21:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 9/15/2017 | 6:33:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 9/15/2017 | 3:24:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 9/15/2017 | 6:33:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 9/15/2017 | 2:21:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 9/15/2017 | 6:33:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 9/18/2017 | 8:37:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 9/18/2017 | 5:10:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 9/18/2017 | 5:10:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 9/18/2017 | 8:37:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 9/18/2017 | 8:37:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 9/18/2017 | 5:09:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 9/18/2017 | 5:10:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 9/20/2017 | 4:45:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 9/20/2017 | 4:45:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 10/4/2017 | 10:09:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 10/4/2017 | 10:03:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 10/4/2017 | 10:12:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 10/4/2017 | 10:13:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 10/4/2017 | 10:02:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 10/4/2017 | 10:12:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 10/4/2017 | 10:02:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 10/4/2017 | 10:14:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 10/4/2017 | 10:14:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 10/4/2017 | 10:02:00 PM | | Other US | Atlanta | 30346 |
| VECTREN | NULL | NULL | 10/4/2017 | 10:09:00 PM | | Other US | Atlanta | 30346 |

Source: NXT00140509

**EXHIBIT G-(71-d)**

| IP Locator Company | IP2Location | | | ipinfo.io | | | DB-IP | | |
|---|---|---|---|---|---|---|---|---|---|
| NEXT IP Labeled Location | ip - 1 | city | org | ip - 2 | city | org | ip - 4 | city | org |
| GA / AL | | Huntsville, AL | AT&T Mobility LLC | | Not listed, GA | AT&T Mobility LLC | | Rabun Gap, GA | AT&T Mobility LLC |
| GA / AL | | Huntsville, AL | AT&T Mobility LLC | | Not listed, GA | AT&T Mobility LLC | | Rabun Gap, GA | AT&T Mobility LLC |
| GA / AL | | Huntsville, AL | AT&T Mobility LLC | | Not listed, GA | AT&T Mobility LLC | | Rabun Gap, GA | AT&T Mobility LLC |
| GA / AL | | Huntsville, AL | AT&T Mobility LLC | | Not listed, GA | AT&T Mobility LLC | | Rabun Gap, GA | AT&T Mobility LLC |
| GA / AL | | Huntsville, AL | AT&T Mobility LLC | | Not listed, GA | AT&T Mobility LLC | | Rabun Gap, GA | AT&T Mobility LLC |
| GA / AL | | Huntsville, AL | AT&T Mobility LLC | | Not listed, GA | AT&T Mobility LLC | | Rabun Gap, GA | AT&T Mobility LLC |
| GA / AL | | Huntsville, AL | AT&T Mobility LLC | | Not listed, GA | AT&T Mobility LLC | | Rabun Gap, GA | AT&T Mobility LLC |
| GA / FL | | Alpharetta | US Air Conditioning | | Elfers, FL | US Air Conditioning (Level 3 Parent, LLC) | | New Port Richey, FL | US Air Conditioning (Xspedius Comm Co) |
| GA | | Alpharetta | Comcast Cable Communications LLC | | Alpharetta | Comcast Cable Communications Holdings, Inc | | Alpharetta | Comcast Cable Communications Holdings, Inc |



EXHIBIT
6 - 71-d

# EXHIBIT G-(73)

VIDEO: 8/28/2017[1]

TITLE: NEXT Login HEA_HN

PRESENTER: Jane Nelson

NEXT Appointment ID's          Video Time Stamp

144955                         Time: 00:25:19

Created FAST Login's to Developers    Time: 00:02:00 to 00:05:30

---

[1] Source: CR-0014612



| UserID | Program | firstname | lastname | email | UserType | usertypeid | contactno | address | city | state | zipcode | IsActive |
|--------|---------|-----------|----------|-------|----------|------------|-----------|---------|------|-------|---------|----------|
| 113 | CE FAST | Jane1 | Nelson | jane.nelson@clearesult.com | Administrator | 8 | | East Lansing | NULL | NULL | NULL | Active |
| 113 | Vectren | Jane1 | Nelson | jane.nelson@clearesult.com | Administrator | 8 | | East Lansing | NULL | NULL | NULL | Active |

² Source: NXT00028975

Source: NXT00061922

| BookingClaimId | FirstName | LastName | Address1 | City | State | Zip | PhoneNo | Email | CreatedBy | CreatedOn | UpdatedBy | UpdatedOn |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 145955 | TestJane | TestNelson | 123 Test St | Saginaw | MI | 48602 | | jane.nelson@clearesult.com | 113 | 8/28/17 3:00 PM | 113 | 8/28/17 3:00 PM |
| 145955 | TestJane | TestNelson | 123 Test St | Saginaw | MI | 48602 | | jane.nelson@clearesult.com | 113 | 8/28/17 3:00 PM | 113 | 8/28/17 3:02 PM |
| 145955 | TestJane | TestNelson | 123 Test St | Saginaw | MI | 48602 | | jane.nelson@clearesult.com | 113 | 8/28/17 3:00 PM | 113 | 8/28/17 3:04 PM |
| 145955 | TestJane | TestNelson | 123 Test St | Saginaw | MI | 48602 | | jane.nelson@clearesult.com | 113 | 8/28/17 3:00 PM | 113 | 8/28/17 3:07 PM |
| 145955 | TestJane | TestNelson | 123 Test St | Saginaw | MI | 48602 | | jane.nelson@clearesult.com | 113 | 8/28/17 3:00 PM | 113 | 8/28/17 3:07 PM |