# EXHIBIT 7

# Susan Bogart

**From:** Steven.Jedlinski@hklaw.com
**Sent:** Monday, December 10, 2018 8:16 PM
**To:** sbogart@susanbogart.com; eccohen@brinksgilson.com
**Cc:** Shannon.Armstrong@hklaw.com; Client_Team-CLEAResult/NEXT@hklaw.com
**Subject:** CR/NEXT: expert cost proposal

Susan and Eric,

As discussed, we provide CLEAResult's proposal regarding reasonable costs related to NEXT's expert depositions. As you know, a party seeking to recoup the expert's costs must demonstrate that the amount of time spent in preparing for the deposition was reasonable. *See Gwin v. American River Transp. Co.*, 482 F.3d 969, 975 (7th Cir. 2007)

### *Valerdi Reasonable Fee Proposal*
- Preparation time without attorneys (5 hours at $400) - $2,000
    - Tr. 74:22-75:7
    - *Waters v. City of Chicago*, 526 F. Supp. 2d 899, 901 (excluding from reimbursement expert's time spent in conversation with retaining party's counsel before deposition).
- Deposition Time - $2,800
- Expenses - $1,034
- Total - $5,834

### *Snell Reasonable Fee Proposal*
- Based on his deposition testimony, Mr. Snell did not keep track of the hours spent preparing for his deposition (Tr. 38:7-18). In addition, his deposition preparation time (33 hours) is unreasonable in comparison to his deposition time (6.25 hours). Finally, he simply repeats the same block billing entry over and over.
- Deposition Time - $3,125
- Errata Sheet - $500
    - His time spent preparing the errata sheet (5 hours) almost equates to the time spent in his entire deposition and therefore is unreasonable.
- Total - $3,625

After you have had a chance to consider this proposal, CLEAResult is willing to further discuss any remaining disputes.

Regards,
Steve

**Steven Jedlinski | Holland & Knight**
Partner
Holland & Knight LLP
131 South Dearborn Street, 30th Floor | Chicago, IL 60603
Phone 312.715.5818 | Fax 312.578.6666
steven.jedlinski@hklaw.com | www.hklaw.com

Add to address book | View professional biography


EXHIBIT 7

1

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.