EXHIBIT 23

Page 1

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

------------------------------

NEXT Payment Solutions, Inc., :

        Plaintiff,     : Case No. 1:17-cv-08829

        v.            :

CLEAResult Consulting, Inc., :

        Defendant.    :

------------------------------

               Wednesday, July 25, 2018

               Tysons Corner, Virginia

               8:00 a.m.

DAVID STEINER, pursuant to notice, the witness being sworn by BARBARA DeVICO, a Notary Public, taken at the offices of HOLLAND & KNGIHT, LLP, 1650 Tysons Boulevard, Tysons, Virginia, on Wednesday, July 25, 2018, and the proceedings being taken down by Stenotype by BARBARA DeVICO, CRR, RMR and transcribed under her direction.

EXHIBIT 23

Page 2

1  APPEARANCES:
2      On Behalf of the Plaintiff:
3          ERIC C. COHEN, ESQUIRE
4          BRINKS, GILSON & LIONE
5          NBC Tower - Suite 3600
6          455 N. Cityfront Plaza Drive
7          Chicago, IL   60611
8          (312)321-4224
9          ecohen@brinksgilson.com
10
11     On Behalf of the Defendant:
12         STEVEN E. JEDLINSKI, ESQUIRE
13         HOLLAND & KNIGHT, LLP
14         131 South Dearborn Street, 30th Floor
15         Chicago, IL   60603
16         (312)715-5818
17         steven.jedlinski@hklaw.com
18
19
20
21
22

Page 4

1           TABLE OF CONTENTS
2               WITNESSES
3  WITNESS                            PAGE
4  DAVID STEINER
5  By Mr. Jedlinski                    6
6
7  _____EXHIBITS_____
8  EXHIBIT      DESCRIPTION           PAGE
9  Exhibit 1  Document Bates-stamped NXT00138915
              through -918              26
10
   Exhibit 2  Document Bates-stamped NXT00138910
11            through -911              47
12 Exhibit 3  Document Bates-stamped NXT00138903
              through -905              55
13
   Exhibit 4  Document Bates-stamped NXT00047499
14            through -506              72
15 Exhibit 5  Document Bates-stamped NXT0004991
              through -992              78
16
   Exhibit 6  Document Bates-stamped NXT00049370
17            through -371              79
18 Exhibit 7  Document Bates-stamped NXT00049993
              through -994              83
19
   Exhibit 8  Document Bates-stamped NXT00050242
20            through -244              85
21 Exhibit 9  Document Bates-stamped NXT00050245
              through -253              88
22

Page 3

1  APPEARANCES (Continued):
2      On Behalf of the Witness:
3          ROBERT G. KIDWELL, ESQUIRE
4          MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, PC
5          701 Pennsylvania Avenue, N.W.
6          Washington, D.C.  20004
7          (202) 434-7300
8          rgkidwell@mintz.com
9
10 Also present:  Noojan Ettehad, Legal Video Specialist
11
12
13
14
15
16
17
18
19
20
21
22

Page 5

1  EXHIBIT      DESCRIPTION           PAGE
2  Exhibit 10 Document Bates-stamped NXT00051899
              through -903              89
3
   Exhibit 11 Document Bates-stamped NXT00058850
4            through -854              95
5  Exhibit 12 Document Bates-stamped NXT00141858   99
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

**EXHIBIT 24**

### Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF ILLINOIS
 3                      EASTERN DIVISION
 4
 5  NEXT Payment Solutions, Inc.    )
 6              Plaintiff,          )
 7       vs.                        )    1:17-cv-08829
 8  CLEAResult Consulting, Inc.,    )
 9              Defendant.          )
10
11
12       The videotaped deposition of PAUL JOHNS, called
13  for examination, taken pursuant to the Federal Rules
14  of Civil Procedure for the United States District
15  Courts, taken before KAREN L. PILEGGI, CSR No.
16  84-3404, a Notary Public, within and for the County
17  of DuPage, State of Illinois, Certified Shorthand
18  Reporter within and for the State of Illinois,
19  Registered Merit Reporter, at 455 N. Cityfront Plaza
20  Drive, Chicago, Illinois, August 16, 2018, at the
21  approximate hour of 10:10 a.m.
22
23
24
```

### Page 2

```
 1  PRESENT:
 2     LAW OFFICES OF SUSAN BOGART,
 3     70 West Madison Street, Suite 1400,
 4     Chicago, Illinois  60602,
 5     312-214-3271, by:
 6     MS. SUSAN BOGART,
 7     sbogart@susanbogart.com,
 8        appeared on behalf of the Plaintiff;
 9
10     HOLLAND & KNIGHT,
11     111 S.W. Fifth Avenue,
12     2300 U.S. Bancorp Tower,
13     Portland, Oregon  97204,
14     503-517-2924, by:
15     MS. SHANNON ARMSTRONG,
16     shannon.armstrong@hklaw.com,
17        appeared on behalf of the Defendant;
18
19  THE VIDEOGRAPHER:  John D'Andrea,
20     Esquire Deposition Solutions;
21
22
23  REPORTED BY: Karen L. Pileggi, CSR, RMR, CRR.
24     CSR License No. 84-3404
```

### Page 3

```
 1       THE VIDEOGRAPHER:  The time is 10:10.  We are
 2  on the record.  Will the court reporter please swear
 3  in the videographer.
 4          (WHEREUPON, the videographer was
 5           duly sworn.)
 6       THE VIDEOGRAPHER:  My name is John D'Andrea.  I
 7  am with Esquire Deposition Solutions located at 20
 8  North Clark in Chicago, Illinois.
 9          I'm also the videotape operator and I was
10  just certified under oath that I'm in no way related
11  to any parties for the suit and I am not in any way
12  interested in any of the outcome thereof.
13          To begin the deposition, we will start
14  with, this is the videotaped deposition of
15  Paul Johns in the matter of NEXT Payment Solutions,
16  Inc. versus CLEAResult Consulting, Inc., being heard
17  before the United States District Court, Northern
18  District of Illinois, Eastern Division, Case No.
19  1:17-cv-08829.
20          This deposition is being taken on behalf
21  of the plaintiff, and we are at Brinks, Gilson &
22  Lione at 455 North Cityfront Plaza Drive in Chicago,
23  Illinois.  Today's date is August the 16th, 2018,
24  and as of now the time on the record is 10:11.
```

### Page 4

```
 1       Will the court reporter, Karen Pileggi,
 2  please swear in the witness.
 3          (WHEREUPON, the witness was
 4           duly sworn.)
 5          PAUL JOHNS,
 6  called as the witness herein, having been first duly
 7  sworn, was examined and testified as follows:
 8               EXAMINATION
 9  BY MS. BOGART:
10     Q.   Could you please state your full name and
11  spell your last name for the court reporter.
12     A.   Paul Johns.  My last name is spelled
13  J-o-h-n-s.
14     Q.   Mr. Johns, where do you reside?
15     A.   In White Lake, Michigan.
16     Q.   How long have you lived there?
17     A.   About five years.
18     Q.   Who do you live there with?
19     A.   My wife.
20     Q.   Do you have any children?
21     A.   Yes.
22     Q.   Where do they reside?
23     A.   One resides in southeast Michigan.  One
24  resides in Colorado.
```





EXHIBIT 74

EXHIBIT 25

Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEXT PAYMENT SOLUTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 17 CV 8829 |
| vs | ) |
| | ) |
| CLEARESULT CONSULTING, INC., | ) |
| | ) |
| Defendant. | ) |

The videotaped deposition of JILL STASZAK called for examination pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions taken before MARI BETH KAWULIA, Certified Shorthand Reporter within and for the County of Cook and State of Illinois at 131 South Dearborn, Chicago, Illinois, on July 24, 2018 at the hour of 12:59 o'clock p.m.

EXHIBIT 25

Page 2

1 APPEARANCES:
2   LAW OFFICES OF SUSAN BOGART
    MS. SUSAN BOGART
3   70 West Madison Street
    Suite 1400
4   Chicago, Illinois 60602
    (312) 214-3271
5   sbogart@susanbogart.com
    Appeared on behalf of the Plaintiff;
6
  HOLLAND & KNIGHT LLC
7   MR. ANTHONY J. FUGA
    -and-
8   MR. STEVEN E. JEDLINSKI
    131 South Dearborn
9   30th Floor
    Chicago, Illinois 60603
10   (312) 263-3600
    anthony.fuga@hklaw.com
11   steven.jedlinski@hklaw.com
    Appeared on behalf of the Defendant.
12
13
  ALSO PRESENT:
14
  Ms. Susan Saunders, Videographer
15   Veritext Legal Solutions
16
17
18
19
20
21
22
23 REPORTED BY: MARI BETH KAWULIA
    CSR LICENSE: 084-2873
24

Page 3

        I N D E X

WITNESS:
  Direct Examination by........................7

EXHIBIT   DESCRIPTION           PAGE

Exhibit 1   employee experience     24

Exhibit 2   email from Staszak to Alexander   77

Exhibit 3   MSA                   84

Exhibit 4   SOW No. 1 - Consumers Energy   84

Exhibit 5   SOW No. 18 - Mid American     88

Exhibit 6   SOW No. 15 - Consumer Energy   96
    Recycling
Exhibit 7   SOW No. 13 - DTE          97
Exhibit 8   SOW No. 14 - AEP         100
Exhibit 9   SOW No. 21 - Columbus Gas    101
Exhibit 10 SOW No. 12 - Entergy       103
Exhibit 11 SOW No. 12 - Old Dominion   105
Exhibit 12 Verified First Amended Complaint 107
Exhibit 13 email to Staszak from J. Nelson 133
Exhibit 14 email to C. Nelson and Staszak  136
    from Peterson

Exhibit 15 email to Staszak from Peterson 139

Exhibit 16 email to Peterson and Staszak 148
    from J. Nelson

Page 4

Exhibit 17 email to Peterson and Staszak   153
    from C. Nelson
Exhibit 18 email to Peterson and Staszak   158
    From J. Nelson

Exhibit 19 email from Staszak to Peterson   176

Page 5

1        (Videographer duly sworn.)
2       THE VIDEOGRAPHER: Good afternoon. We
3 are going on the record at 1:59 p.m. on July 24th,
4 2018.
5       MS. BOGART: It's 12:59.
6       THE VIDEOGRAPHER: I'm sorry. It's
7 12:59 p.m.
8       Please note that the microphones are
9 sensitive and may pick up whispering, private
10 conversations and cellular interference. Please
11 turn off all cell phones or place them away from
12 the microphones as they can interfere with the
13 deposition audio.
14       Audio and video recording will
15 continue to take place unless all parties agree to
16 go off the record.
17       This is media unit one of the video
18 recorded deposition of Jill Staszak taken by
19 counsel for Defendant in the matter of Next Payment
20 Solutions, Inc. versus CLEAResult Consulting, Inc.
21 filed in the United States District Court, Northern
22 District of Illinois, Eastern Division, Case
23 No. 17 CV 8829.
24       This deposition is being held at

2 (Pages 2 - 5)