# **EXHIBIT 1**

```
                 IN THE UNITED STATES DISTRICT COURT.
                FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION


NEXT PAYMENT SOLUTIONS, INC.,    )
                                 )
                     Plaintiff,  )   Case No. 17 C 8829
                                 )
-vs-                             )   Chicago, Illinois
                                 )   March 26, 2019
CLEARESULT CONSULTING, INC.,     )   9:48 a.m.
                                 )
                     Defendant.  )


                    TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE CHIEF JUDGE RUBEN CASTILLO

APPEARANCES:

For the Plaintiff:      MS. SUSAN BOGART
                        Law Offices of Susan Bogart
                        Three First National Plaza
                        70 W. Madison St., Suite 1400
                        Chicago, IL  60602
                        (312) 214-3271
                        Sbogart514@aol.com

For the Defendant:      MS. SHANNON ARMSTRONG
                        Holland & Knight LLP
                        111 SW Fifth Avenue
                        2300 US Bancorp Tower
                        Portland, OR  97204
                        (503) 243-2300
                        Shannon.armstrong@hklaw.com




Court Reporter:

            KATHLEEN M. FENNELL, CSR, RPR, RMR, FCRR
                     Official Court Reporter
                    United States District Court
           219 South Dearborn Street, Suite 2524-A
                      Chicago, Illinois  60604
                    Telephone:  (312) 435-5569
                Kathleen_Fennell@ilnd.uscourts.gov
```

```
 1   APPEARANCES:  (Continued)

 2   For the Defendant:    MR. ANTHONY JAMES FUGA
                           Holland & Knight LLP
 3                         131 S. Dearborn Street
                           30th Floor
 4                         Chicago, IL  60603
                           (312) 715-5771
 5                         Anthony.fuga@hklaw.com

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| | 1 | (Proceedings heard in open court:) |
| | 2 | THE CLERK: 17 C 8829, NEXT Payment Solutions versus |
| | 3 | CLEAResult Consulting. |
| | 4 | THE COURT: Good morning. |
| 09:48:15 | 5 | MS. BOGART: Good morning, Your Honor. Susan Bogart |
| | 6 | on behalf of the plaintiff. |
| | 7 | MS. ARMSTRONG: Shannon Armstrong on behalf of the |
| | 8 | defendant, CLEAResult Consulting. |
| | 9 | MR. FUGA: Anthony Fuga also on behalf of the |
| 09:48:23 | 10 | defendant. |
| | 11 | THE COURT: So there's only one motion that's up |
| | 12 | today, right, the motion to compel? |
| | 13 | MS. BOGART: That's right. |
| | 14 | THE COURT: And you've already filed a response? |
| 09:48:29 | 15 | MS. BOGART: We have. |
| | 16 | THE COURT: I think this Court already foreshadowed |
| | 17 | its conclusion in the summary judgment opinion. I think it is |
| | 18 | appropriate to grant the defendant's motion, and so I'm going |
| | 19 | to grant motion that's docketed 288, and I'm merely going to |
| 09:48:51 | 20 | say consistent with the Court's summary judgment opinion, I |
| | 21 | conclude that the plaintiff's current description of its trade |
| | 22 | secrets is too broad to support the plaintiff's position of |
| | 23 | proceeding to trial on a claim for misappropriation of trade |
| | 24 | secret, so plaintiff is ordered to supplement its response |
| 09:49:17 | 25 | within 30 days. |

09:49:40

1  So we need to know exactly the trade secret that
2  you're going to proceed to on trial. I understand I tried to
3  clarify that. I think I said something like the specific
4  features that were in the FAST Tool but were missing from the
5  DSMTracker and later added to the DSMTracker after defendant
6  accessed the NEXT system back end, but that's way too general
7  for a jury to deal with, and that's why I'm ordering the
8  supplement within 30 days.

09:50:02

9  And let me just tell you, Ms. Bogart, if we don't get
10 a supplement that is what I think triable, this could hold up
11 the trial or else I'm going to ask you to give up this
12 particular claim, and you have other claims you can proceed to
13 trial on. But we really need to flush this out and keep in
14 mind a jury having to grapple with this. That's all I'm going

09:50:27

15 to tell you.
16 So 30 days. Today is March 26th. That's going take
17 you to April 26th. Let's see what you file.
18 I'm going to see you then on May 2nd.
19 MS. BOGART: Judge, I'm out of town on May 2nd.

09:50:46

20 THE COURT: Okay. Then why don't we say the
21 following Monday, May 4th. Are you in?
22 MS. BOGART: I'm back May 5th.
23 THE COURT: May 5th? 6th did you say?
24 MS. BOGART: I think May 5th is a Sunday.

09:50:59

25 THE COURT: May -- yeah, I think I'm off track here.

Case: 1:17-cv-08829 Document #: 312-1 Filed: 05/02/19 Page 6 of 7 PageID #:10110

5

```
                1     THE CLERK:  You're going to be in Milwaukee.
                2     THE COURT:  For the Seventh Circuit conference.
                3     Okay.  So why don't we just make it the following
                4  week then.
09:51:10        5     THE CLERK:  Like the 14th?
                6     THE COURT:  That's too far.
                7     THE CLERK:  Or the 8th you're talking about.
                8     THE COURT:  Yeah.  Let's make it May 8th at 10:00.
                9  That's going to give the defense plenty of time to react to
09:51:24       10  the supplement.
               11     MS. ARMSTRONG:  Your Honor, what about the immediate
               12  pretrial order and trial dates that have been set?
               13     THE COURT:  I think I'm not going to make you file it
               14  and re-do it.  Let's hold off on that for right now.
09:51:35       15     MS. ARMSTRONG:  Thank you.
               16     MS. BOGART:  Judge, if I might?
               17     THE COURT:  Yes.
               18     MS. BOGART:  We -- in our response, we did identify
               19  and we have had on record since July of 2018 very specific
09:51:50       20  features that we have the evidence --
               21     THE COURT:  I've looked at those.  All I can tell
               22  you, Ms. Bogart, it's not sufficient for my purposes, and it's
               23  not going to be sufficient for a jury to decide this case.
               24  That's my conclusion.
09:52:02       25     I'm not going to try a case just to get a mistrial.
```

09:52:13

1 I've got better things to do.  So please supplement.
2       MS. BOGART:  I understand.
3       THE COURT:  If you want to rest on that supplement,
4 you're going to take a chance, that's all I'm going to ask.
5 So you supplement as you see fit, and I will do what I think
6 is appropriate, which could mean tubing this particular claim.
7 Thank you.
8       Call the next case.
9       (Which were all the proceedings heard.)
10                      CERTIFICATE
11    I certify that the foregoing is a correct transcript from
12 the record of proceedings in the above-entitled matter.
13 */s/Kathleen M. Fennell*           March 26, 2019
14 _____        _____
   Kathleen M. Fennell                  Date
15 Official Court Reporter
16
17
18
19
20
21
22
23
24
25