# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

NEXT Payment Solutions Inc.

                        Plaintiff,

v.                                                      Case No.: 1:17–cv–08829

                                                                Honorable Ruben Castillo

CLEAResult Consulting, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 8, 2019:

      MINUTE entry before the Honorable Ruben Castillo: Motion hearing held on 5/8/2019. Defendant's motion for sanctions [309], [310] is granted in part and denied in part. Defendant's motion for sanctions is granted only as to Defendant';s request for leave to file a motion for summary judgment and supplement its expert report within 30 days of the date of this order. Plaintiff shall respond to any motion for summary judgment within 14 days, and a reply, if any is due ten days thereafter. Defendant's motion to "trifurcate" the trial [316] is denied without prejudice. Defendant's motion to set aside the deadline for the pretrial order and the date for the pretrial conference [319] is granted. The Pretrial Order and any motions in limine are due by 7/9/2019. The pretrial conference set for 5/15/2019 is stricken and reset to 7/10/2019 at 3:00 p.m. The trial set for 5/20/2019 is stricken and reset to 8/8/2019 at 9:45 a.m. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.