IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NEXT PAYMENT SOLUTIONS INC., )
Plaintiff, )
) Case No. 17 C 8829
-vs- )
) Chicago, Illinois
CLEARESULT CONSULTING, INC., ) May 8, 2019
) 10:13 a.m.
Defendant. )

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE CHIEF JUDGE RUBEN CASTILLO

APPEARANCES:

For the Plaintiff: MS. SUSAN BOGART
Law Offices of Susan Bogart
Three First National Plaza
70 West Madison Street, Suite 1400
Chicago, IL 60602
(312) 214-3271
Sbogart514@aol.com

For the Defendant: MS. SHANNON ARMSTRONG
MR. JOHN MATTHEW DONOHUE
Holland & Knight LLP
111 SW Fifth Floor
2300 US Bancorp Tower
Portland, OR 97204
(503) 243-2300
Shannon.armstrong@hklaw.com
Matt.donohue@hklaw.com

Court Reporter:

KATHLEEN M. FENNELL, CSR, RPR, RMR, FCRR
Official Court Reporter
United States District Court
219 South Dearborn Street, Suite 2524-A
Chicago, Illinois 60604
Telephone: (312) 435-5569
Kathleen_Fennell@ilnd.uscourts.gov

(Proceedings heard in open court:)

THE CLERK: 17 C 8829, NEXT Payment versus CLEAResult Consulting.

MS. ARMSTRONG: Good morning, Your Honor. Shannon Armstrong from Holland & Knight for defendant CLEAResult Consulting.

10:13:15

MR. DONOHUE: Matt Donohue also with Holland & Knight on behalf of CLEAResult.

MS. BOGART: Susan Bogart on behalf of plaintiff, Your Honor.

10:13:24

THE COURT: Okay. What we're doing is handing you an order that I've entered today, which is three pages long, which is going to resolve all your pending motions for now.

So why don't you read it. We're going to deal with the next case. Then we'll recall this case if you have any questions.

10:13:39

MS. ARMSTRONG: Thank you, Your Honor.

MR. DONOHUE: Thank you.

(Case passed at 10:13 a.m. and recalled at 10:26 a.m. as follows:)

THE CLERK: 17 C 8829, NEXT Payment versus CLEAResult Consulting.

THE COURT: Good morning.

MS. ARMSTRONG: Good morning, Your Honor.

MR. DONOHUE: Good morning.

10:26:58

MS. ARMSTRONG: We have one clarification from the order --

THE COURT: Sure.

MS. ARMSTRONG: -- Your Honor, and that is to confirm that the date for the motions *in limine*, which was scheduled to be the same as the pretrial order, would also be moved to July 9th, 2019.

THE COURT: They will be moved.

MS. ARMSTRONG: Thank you.

THE COURT: Thank you.

MS. BOGART: And, Judge --

THE COURT: Yes.

MS. BOGART: -- we do have --

THE COURT: And I'm vacating the existing trial date. You know, that's a given.

But go ahead, keep going, Ms. Bogart.

MS. BOGART: Yeah. We had hoped, Judge, obviously to have responded to the motion for sanctions in part because -- and among the things that we would have identified, and I'm not saying that the Court should reconsider necessarily, but, you know, the defendants had multiple opportunities to depose my client, which they did for two days. They didn't ask any questions about trade secrets. They had the opportunity to depose our expert for a day. They didn't ask any details about the trade secrets.

So they're getting what amounts to basically a third bite at the apple; and under those circumstances, we think it would be appropriate for the plaintiff to be able to file a supplement to the expert report based on the recently provided identification of trade secrets to precede the defendant's motion and the -- and their -- whatever they're going to do with their expert.

10:28:10

THE COURT: Well --

MS. ARMSTRONG: May I respond, Your Honor?

10:28:22

THE COURT: No, you don't need to respond. I've had enough written arguments on this case. There's enough paper here to pile up to the ceiling.

I'll hew to my order. I could say a lot more, but I'm going to be nice this morning.

10:28:38

Thank you.

MR. DONOHUE: Thank you.

(Which were all the proceedings heard.)

CERTIFICATE

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

*/s/Kathleen M. Fennell* *May 9, 2019*

______________________ ____________________
Kathleen M. Fennell Date
Official Court Reporter