UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

NEXT Payment Solutions Inc.
                      Plaintiff,

v.                                               Case No.: 1:17−cv−08829
                                                   Honorable Ruben Castillo

CLEAResult Consulting, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 19, 2019:

      MINUTE entry before the Honorable Ruben Castillo: Motion hearing held on 6/19/2019. Defendant's motion for leave to file under seal the memorandum of law in support of Defendant's motion for partial summary judgment; and Exhibit 2 to the declaration of Shannon Armstrong [338] is granted. Defendant's motion to set aside deadlines related to Pretrial Order and motions in limine and to set aside pretrial conference [342] is granted. The pretrial order and motions in limine filing date of 7/9/2019 and the pretrial conference set for 7/10/2019 are stricken. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.