**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

NEXT Payment Solutions Inc.

                                 Plaintiff,

v.                                           Case No.: 1:17–cv–08829
                                               Honorable Ruben Castillo

CLEAResult Consulting, Inc.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 9, 2019:

      MINUTE entry before the Honorable Ruben Castillo:Plaintiff's motion for leave to file under seal Plaintiff's memorandum of law in opposition to Defendant's motion for partial summary judgment; Plaintiff's response to defendant 9;s Local Rule 56.1 Statement of Undisputed Material Facts in support of motion for partial summary judgment and Plaintiff's Statement of Additional Facts Requiring Denial of Summary Judgment; and Exhibits 1–73 & 75 to Plaintiff's Statement of Additional Facts [361] is granted. Defendant's motion for leave to file under seal its reply brief in support of its motion for partial summary judgment and response to Plaintiff's statement of additional material facts [380] is granted. The motion hearing set for 7/10/2019 is stricken.(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.