UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEXT Payment Solutions, Inc., | |
| Plaintiff, | |
| v. | Case No. 17 CV 8829 |
| CLEAResult Consulting, Inc., | Judge Steve Seeger |
| Defendant. | |

**ORDER SETTING BRIEFING SCHEDULE ON BOGART'S MOTION TO MODIFY AGREED CONFIDENTIALITY ORDER (DKT. 74)**

On February 6, 2020, the Law Offices of Susan Bogart ("Bogart") filed a motion requesting that a briefing schedule be set on its Motion to Modify the Agreed Confidentiality Order, this Court sets February 19, 2020 for any objections to the motion to modify agreed confidentiality order and February 26, 2020 for Bogart's reply.

So Ordered:

Dated February 7, 2020

Steven C. Seeger
United States District Judge