UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| NEXT Payment Solutions, Inc., <br><br> Plaintiff, <br><br> v. <br><br> CLEAResult Consulting, Inc., <br><br> Defendant. | Case No. 17 CV 8829 |

**DEFENDANT'S MOTION IN LIMINE TO EXCLUDE ARGUMENT OR EVIDENCE IN SUPPORT OF AN UNJUST ENRICHMENT CLAIM PREMISED ON PROPRIETARY INFORMATION**

Defendant CLEAResult Consulting Inc., by and through its counsel, submits this motion in limine to exclude argument or evidence in support of an unjust enrichment claim premised on proprietary information.

For the reasons set forth in CLEAResult's accompanying memorandum of law, CLEAResult respectfully requests an order: (1) excluding evidence or argument related to its alleged misuse of NEXT's "proprietary information" and (2) prohibiting NEXT from presenting at trial any theory of unjust enrichment other than that CLEAResult has not paid for "services NEXT performed and licenses NEXT provided under the CCI SOWs and Licenses." (Dkt. No. 36 (3/1/18 First Am. Compl.) ¶ 226.)

This motion is supported by the accompanying memorandum of law, declaration of J. Matthew Donohue, and supporting exhibits.

Pursuant to the Court's Order of June 11, 2021 (Dkt. No. 459), CLEAResult certifies that, on September 3, 2021, the parties met and conferred regarding this motion and that

1

CLEAResult engaged in a good-faith attempt to resolve the disputes at issue, but the parties were unable to reach an agreement.

WHEREFORE, CLEAResult Consulting Inc. respectfully requests that the Court grant its motion in limine.

Dated this 8th day of September, 2021.

                HOLLAND & KNIGHT LLP

                By: *s/J. Matthew Donohue*
                      J. Matthew Donohue (*admitted PHV*)
                      Matt.Donohue@hklaw.com
                      Shannon Armstrong (*admitted PHV*)
                      Shannon.Armstrong@hklaw.com
                      601 SW Second Avenue, Suite 1800
                      Portland, OR 97204
                      Tel: (503) 243-2300
                      Fax: (503) 241-8014

                      Anthony J. Fuga (#6301658)
                      Anthony.Fuga@hklaw.com
                      150 N. Riverside Plaza, Ste. 2700
                      Chicago, IL 60606
                      Tel: (312) 715-5771
                      Fax: (312) 578-6666

                      Attorneys for Defendant
                      CLEAResult Consulting, Inc.

CERTIFICATE OF SERVICE

      I hereby certify that I caused the foregoing DEFENDANT'S MOTION IN LIMINE TO EXCLUDE ARGUMENT OR EVIDENCE IN SUPPORT OF AN UNJUST ENRICHMENT CLAIM PREMISED ON PROPRIETARY INFORMATION to be served on the following person[s]:

| | |
|---|---|
| Devan V. Padmanabhan<br>Michelle E. Dawson<br>Britta S. Loftus<br>Paul J. Robbennolt<br>Erin O. Dungan<br>Sri K. Sankaran<br>Padmanabhan & Dawson, P.L.L.C.<br>45 South 7th Street, Suite 2315<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 444-3377<br>Facsimile: (612) 444-3195<br>devan@paddalawgroup.com<br>michelle@paddalawgroup.com<br>britta@paddalawgroup.com<br>paul@paddalawgroup.com<br>erin@paddalawgroup.com<br>sri@paddalawgroup.com | Paul B. Thanasides<br>Mary Ruth Thanasides<br>McIntyre Thanasides Bringgold Elliott<br>Grimaldi Guito & Matthews, P.A.<br>500 E. Kennedy Blvd., Suite 200<br>Tampa, FL 33602<br>Telephone: (813) 223-0000<br>paul@mcintyrefirm.com<br>mary@mcintyrefirm.com<br><br>Bartholomew B. Torvik<br>Torvik Law LLC<br>701 Main St. #204<br>Evanston, IL 60202<br>bart.torvik@torviklaw.com |

by CM/ECF electronically mailed notice from the Court on the date set forth below.

      DATED September 8th, 2021.

                                          *s/ J. Matthew Donohue*
                                          J. Matthew Donohue