# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

NEXT Payment Solutions Inc.

                                Plaintiff,

v.                                                       Case No.: 1:17–cv–08829
                                                           Honorable Steven C. Seeger

CLEAResult Consulting, Inc.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 20, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: Defendant CLEAResult's motion to seal (Dckt. No. [463]) is hereby granted. Defendant CLEAResult's motion to modify scheduling order (Dckt. No. [465]) is granted in part. NEXT must respond to the motion in limine (Dckt. No. [460]) by Sept. 27, 2021. Any reply is due by October 1, 2021. At this point, the Court does not change the other days. The Court wants a better sense of the lay of the land first. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.