UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NEXT Payment Solutions, Inc., | Civil No. 17 CV 8829 |
| Plaintiff, | |
| v. | |
| CLEAResult Consulting, Inc., | |
| Defendant. | |

## JOINT STATEMENT REGARDING TRIAL SCHEDULING

In accordance with the Court's Minute Entry, Dkt. No. 542, the Parties have conferred and provide the following joint statement regarding alternate trial dates.

Both Parties are available and share a preference for rescheduling the trial for May 16-27, 2022. Because of the number of issues that still need to be resolved, the Parties respectfully request that the Pretrial Conference be held as soon as possible to allow the Parties to properly prepare for trial. That said, NEXT notes that it has a trial scheduled for April 4-18, 2022, so would not be available to attend a Pretrial Conference at that time.

The Parties are also both available for trial from August 1-12, 2022.

We provide the following information regarding the Parties' schedules, noting that except as otherwise indicated, NEXT is available for trial any time except August 19-27, 2022, as a trial member will be unavailable then:

- April – NEXT's trial counsel will be in trial from April 4-18, 2022.
- May 2-13 – CLEAResult has expert conflicts.
- June 1 – July 31 – CLEAResult has a two-week arbitration the second half of June. CLEAResult could potentially be available for trial the first half of July as

- 2 -

long as the Pretrial Conference did not conflict with the arbitration, but CLEAResult also has personal conflicts.

- August 13 – November 30.  If the May and August dates provided do not work for the Court, CLEAResult can see what dates in this timeframe will work.

Dated:  January 24, 2022

Respectfully submitted,

By: /s/ Bart B. Torvik
Bartholomew B. Torvik
Torvik Law LLC
701 Main St. #204
Evanston, IL 60202
Bart.torvik@torviklaw.com
Tel: (847) 986-8568
Fax:  (312) 264-0852

Attorney for Plaintiff