# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| NEXT PAYMENT SOLUTIONS, INC., | ) | |
| Plaintiff, | ) | Case No. 17-cv-8829 |
| v. | ) | Hon. Steven C. Seeger |
| CLEARESULT CONSULTING, INC., | ) | |
| Defendant. | ) | |

# FINAL JUDGMENT

The Court hereby enters final judgment in favor of Defendant CLEAResult Consulting, Inc. and against Plaintiff NEXT Payment Solutions, Inc. on all claims. The First Amended Complaint is hereby dismissed with prejudice in its entirety. Plaintiff shall take nothing by this action.

Date: February 12, 2024

Steven C. Seeger
United States District Judge