# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

January 13, 2026

Before

MICHAEL B. BRENNAN, *Chief Judge*
JOSHUA P. KOLAR, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| | |
|---|---|
| No. 24-1377 | NEXT PAYMENT SOLUTIONS INC.,<br>Plaintiff - Appellant<br><br>v.<br><br>CLEARESULT CONSULTING, INC.,<br>Defendant - Appellee |

| **Originating Case Information:** |
|---|
| District Court No: 1:17-cv-08829 |
| Northern District of Illinois, Eastern Division |
| District Judge Steven C. Seeger |

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date. Costs assessed against the appellant.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)